**Merl Ledford III, Esq.        CalBar No. 82253**
**LEDFORD LAW CORPORATION**
**805 West Oak Avenue**
**Visalia, California 93291-6033**
**Telephone:    559.627.2710**
**Fax:              559.627.0717**
**Email           m.ledford3@ledfordlaw.net**

**Attorneys for** Plaintiff CRISPIN RODRIGUEZ,
individually & dba GROWER'S DIRECT PRODUCE

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CRISPIN RODRIGUEZ, individually & dba GROWER'S DIRECT PRODUCE,<br><br>Plaintiff,<br><br>vs.<br><br>OLD WEST EXPORT, INC., a California corporation and FRANCES MURILLO, an individual<br><br>Defendants. | No. 1:20−CV−00052−NONE−BAM<br><br>ORDER ON STIPULATION CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT<br><br>Currently Set:  March 26, 2021<br>New Date Per Stipulation: April 26, 2021<br>Courtroom: 5<br>Judge: Hon. Dale A. Drozd<br>Location: 2500 Tulare Street, 7th Floor<br>Fresno CA 93721 |

### ORDER ON STIPULATION CONTINUING HEARING DATE

Based on the Stipulation of Defendant FRANCES MURILLO and Plaintiff CRISPIN RODRIGUEZ, individually and doing business as GROWER'S DIRECT PRODUCE, and good cause appearing, the hearing date for Defendant MURILLO's Motion for Summary Judgment is **continued from March 28, 2021 to April 26, 2021**.

The parties are notified that pursuant to the standing order re judicial emergency, the matter will be decided on the papers without oral argument pursuant to Local Rule 230(g). (*See* Doc. No. 21.)  This means that the hearing date chosen by the moving party will not be placed on the court's calendar; it will serve only to govern the opposition and reply filing

_____
**ORDER CONTINUING HEARING ON DEF. MOTION FOR SUMMARY JUDGMENT**
- 1 -

deadlines pursuant to Local Rule 230(c).  The parties are warned that civil motions set before a district judge in this court are experiencing extraordinary delays in light of the ongoing judicial resource emergency.  All parties are therefore encouraged to reconsider magistrate judge consent for all purposes.

IT IS SO ORDERED.

Dated: **March 23, 2021**

_____
UNITED STATES DISTRICT JUDGE