**Merl Ledford III, Esq.        CalBar No. 82253**
**LEDFORD LAW CORPORATION**
**805 West Oak Avenue**
**Visalia, California 93291-6033**
**Telephone:    559.627.2710**
**Fax:          559.627.0717**
**Email         m.ledford3@ledfordlaw.net**

**Attorneys for** Plaintiff CRISPIN RODRIGUEZ,
individually & dba GROWER'S DIRECT PRODUCE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CRISPIN RODRIGUEZ, individually & dba GROWER'S DIRECT PRODUCE,<br><br>Plaintiff,<br><br>vs.<br><br>OLD WEST EXPORT, INC., a California corporation and FRANCES MURILLO, an individual<br><br>Defendants. | No. 1:20−CV−00052−NONE−BAM<br><br>ORDER ON STIPULATION CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT<br><br>Currently Set: March 26, 2021<br>New Date Per Stipulation: April 26, 2021<br>Courtroom: 5<br>Judge: Hon. Dale A. Drozd<br>Location: 2500 Tulare Street, 7th Floor<br>Fresno CA 93721 |

Based on the Stipulation of Defendant FRANCES MURILLO and Plaintiff CRISPIN RODRIGUEZ, individually and doing business as GROWER'S DIRECT PRODUCE, and good cause appearing, the hearing on Defendant MURILLO's Motion for Summary Judgment is continued from April 26, 2021 to May 24, 2021, at 9:30 a.m. in Courtroom 5 of the above-captioned Court.

   IT IS SO ORDERED.

   Dated:    April 14, 2021                                        _____
                                                                    UNITED STATES DISTRICT JUDGE