Merl Ledford III, Esq. CSB No. 082253
Monica A. Rast, Esq. CSB No. 333183
HERR PEDERSEN & BERGLUND, LLP
100 Willow Plaza, Suite 300
Visalia, California 93291-6215
Telephone:    559636-0200
Fax:          559-636-9759
Email         mledford@hpblaw.net

**Attorneys for** Plaintiff CRISPIN RODRIGUEZ,
individually & dba GROWER'S DIRECT PRODUCE

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CRISPIN RODRIGUEZ, individually & dba GROWER'S DIRECT PRODUCE,<br><br>Plaintiff,<br><br>vs.<br><br>OLD WEST EXPORT, INC., a California corporation and FRANCES MURILLO, an individual<br><br>Defendants. | Case No. 1:20-CV-00052-JLT-BAM<br><br>PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT OLD WEST EXPORT, INC.; NOTICE OF HEARING ON MOTION<br><br>Date: April 2, 2024<br>Time: 9:00 a.m.<br>Courtroom: 4<br>Judge: Hon. Jennifer L. Thurston<br>Location: 2500 Tulare Street, Fresno, CA 93721, 7th Floor |

NOTICE IS HEREBY GIVEN Plaintiff CRISPIN RODRIGUEZ, individually and doing business as GROWER'S DIRECT PRODUCE ("Plaintiff") ("Defendant") hereby moves the Court for Entry of Default Judgment against Defendant OLD WEST EXPORT, INC. (the "Motion").

The Motion is noticed for hearing at 9:00 a.m. in Courtroom 4 on the 7th Floor of the Robert E. Coyle United States Courthouse located at 2500 Tulare Street, Fresno, CA 93721, before the Hon. Jennifer L. Thurston, United States District Court Judge, Eastern District of California, in accordance with Judge Thurston's standing orders.

//

The Motion seeks a Court Default Judgment in favor of Plaintiff and against Defendant OLD WEST EXPORT, INC. ("OLD WEST") on Counts I, II, III, IV, and VI of Plaintiff's Complaint on the grounds that said Defendant (1) was duly served with process in the action; (2) has failed to appear and defend within the time proscribed by Rule 12(a), Federal Rules of Civil Procedure; (3) as a consequence, has suffered Entry of Default in the action; and (4) remains indebted to Plaintiff in the sums alleged in Plaintiff's Complaint such that entry of Default Judgment as prayed for shall be meet, just, and equitable.

The Motion is made pursuant to Rule 55(b)(2), Federal Rules of Civil Procedure. It is based on this Notice of Motion and Motion for Entry of Default Judgment, Plaintiff's Memorandum of Points and Authorities in Support of Motion, the Declaration of Crispin Rodriguez in Support of Motion for Default Judgment, all papers, pleadings, and records in this proceeding, and upon such other and further evidence and argument as may be presented at hearing on the motion.

DATED: February 22, 2020            HERR PEDERSEN & BERGLUND, LLP

*Merl Ledford iii*
Merl Ledford III, Esq.
Monica A. Rast, Esq.
Attorneys for Plaintiff CRISPIN RODRIGUEZ, individually and dba Growers Direct Produce